IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNELL SMITH**, | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 07-cv-344-DRH |
| **RONALD E. WALKER, JR.,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| April 3, 2009 | By: /s/ DavidRHerndon |
| *Date* | *District Judge* |